**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7118**

_____

EDWARD LEON MULDROW,

Plaintiff - Appellant,

versus

WILLIE EAGLETON, Warden; MAJOR JOYNER,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron M. Currie, District Judge.
(CA-02-3294-22BC-3)

_____

Submitted:  November 14, 2003      Decided:  December 22, 2003

_____

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward Leon Muldrow, Appellant Pro Se. Andrew Foster McLeod, HARRIS
& MCLEOD, Cheraw, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward Leon Muldrow appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the grant of summary judgment for the reasons stated by the district court. We conclude that the district court did not abuse its discretion in denying the Fed. R. Civ. P. 59(e) motion. <u>Brown v. French</u>, 147 F.3d 307, 310 (4th Cir. 1998). <u>See</u> <u>Muldrow v. Eagleton</u>, No. CA-02-3294-22BC-3 (D.S.C. May 30, 2003; July 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2